

# Fourth Court of Appeals
## San Antonio, Texas

April 21, 2020

No. 04-19-00708-CR

Imelda **BARRERA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 79th Judicial District Court, Brooks County, Texas
Trial Court No. 18-06-11255-CRSI
Honorable Federico Hinojosa, Judge Presiding

# O R D E R

On April 7, 2020, appellant filed a "Motion to Abate Appeal and Remand for Out of Time Motion for New Trial" in which appellant asserts she wishes to file an out-of-time motion for new trial based on the ineffective assistance of counsel at trial.

The issue appellant seeks to develop can be properly raised in a post-conviction application for writ of habeas corpus. *See Pettway v. State*, 4 S.W.3d 390, 391 (Tex. App.—Houston [1st Dist.] 1999, order) (per curiam) (holding that defendant failed to show good cause to suspend appellate rules to allow him to file out-of-time motion for new trial when defendant could raise ineffectiveness claim in post-conviction habeas corpus proceeding); *Fuentes v. State*, No. 01-04-01018-CR, 2006 WL 2640807, at *2 (Tex. App.—Houston [1st Dist.] Sept. 14, 2006, no pet.) (mem. op., not designated for publication) (denying defendant's motion to abate because ineffectiveness issues defendant sought to develop could "properly be raised in a post-conviction writ of habeas corpus [proceeding]"); *see also Griffith v. State*, 507 S.W.3d 720, 723 (Tex. Crim. App. 2016) (Hervey, J., concurring) (ineffective-assistance claims may "be addressed on habeas"). This court has previously held that it will not abate an appeal for this purpose because ineffective assistance may be raised in a post-conviction habeas corpus proceeding. *see also Bowler v. State*, 822 S.W.2d 334, 335 (Tex. App.—San Antonio 1992, pet. ref'd).

Appellant's "Motion to Abate Appeal and Remand for Out of Time Motion for New Trial" is **DENIED**.

On April 7, 2020, appellant also filed a motion for extension of time requesting an additional seven (7) days from the date of an order denying her motion to abate. Appellant's motion for an extension of time is **GRANTED**. Appellant's brief is due on or before **April 28, 2020.**

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of April, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court